FRITZ CLAPP (Bar No. 99197)
Attorney at Law
P.O. Box 2517
Beverly Hills, CA 90213
Telephone: 888-292-5784
Facsimile: 888-325-4159
fritz@fritzclapp.com

NATHANIEL KLEINMAN (*pro hac vice pending*)
Kleinman Law LLC
76 South Orange Ave., Suite 105
South Orange, NJ 07079
Telephone: (610) 513-2155
nate@kleinman-law.com

*Attorneys for Plaintiff Angela Hau*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ANGELA HAU**,<br><br>Plaintiff,<br><br>v.<br><br>**ESTHER KIM VARET, JOSEPH VARET, and WNDR STUDIO, LLC, a Nevada limited liability company d/b/a WITNESS LOCATIONS,**<br><br>Defendants. | **Case No. 2:26-cv-12858**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Angela Hau ("Plaintiff" or "Hau"), by and through undersigned counsel, as and for her Complaint against Defendants Esther Kim Varet, Joseph Varet (together, the "Varet Defendants"), and WNDR Studio, LLC d/b/a Witness Locations ("Witness Locations") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act of the United States as amended, 17 U.S.C. § 101, *et seq.*, arising out of Defendants' unauthorized copying, reproduction, public display, and distribution of copyrighted photographs created and owned by Plaintiff, as described herein.

2. Plaintiff seeks monetary and injunctive relief under Sections 502 and 504 of the Copyright Act, 17 U.S.C. §§ 502, 504.

## PARTIES

3. Plaintiff Hau is a professional freelance photographer.

4. Plaintiff's work focuses primarily on architectural and interior design photography.

5. Defendant Esther Kim Varet is an individual who, upon information and belief, currently resides in Orange County, California, with her husband, Defendant Joseph Varet.

6. The Varet Defendants own and operate a contemporary art gallery known as "Various Small Fires," with locations in Los Angeles and Orange County.

7. Defendant Witness Locations is a Nevada limited liability company which is registered to do business in California and maintains a principal address at 17426 Revello Drive, Pacific Palisades, CA 90272.

8. Upon information and belief, Witness Locations operates a business through which luxury real estate owners can lease their property for photo shoots, film productions, retreats, and other corporate events.

9. Witness Locations' portfolio of properties is marketed and catalogued on its website, located at www.witnesslocations.com.

10. One of the properties available for booking on/through the Witness Locations website is the "Gallery House" located in the Hancock Park neighborhood of Los Angeles, which is owned by the Varet Defendants.

//

**JURISDICTION AND VENUE**

11. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (conferring original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"), and 28 U.S.C. § 1338(a) (conferring original jurisdiction of any Act of Congress related to copyrights).

12. This Court has both general and specific personal jurisdiction over Defendants because they each reside in and conduct substantial, ongoing business in this District, and because a substantial portion of the infringing conduct at issue occurred in this District.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendants may be found here and a substantial portion of the conduct at issue occurred in this District.

**FACTUAL ALLEGATIONS**

14. In or about October 2023, Plaintiff was contracted by W Media LLC, the owner/publisher of W Magazine, to shoot a series of photographs featuring the Varet Defendants at their home in Hancock Park (the "October 2023 Photoshoot").

15. Several of the photographs created by Plaintiff were subsequently published by W Magazine on or about December 7, 2023, in an article titled, "Home Is Where the Art Is" (available at https://www.wmagazine.com/life/esther-kim-joseph-varet-various-small-fires-home).

16. Shortly after the W Magazine article was published, Defendant Kim Varet contacted Plaintiff via email to express her appreciation of the quality of the published photographs and inquire whether "the rest" of the photographs taken at the October 2023 Photoshoot could be transmitted to the Varet Defendants "for [their] personal archival use only" and stating that they "would be open to paying for the pictures."

17. Plaintiff responded to Defendant Kim Varet's email by similarly expressing her excitement and approval of the published photographs, attaching the larger set of final/delivered photographs at no charge, on the condition that the Varet

Defendants "please keep the usage for personal archival," and stating further, "[i]f you need it for any commercial usage, please contact me for licensing."

18. In or about February 2024, Defendant Kim Varet again contacted Plaintiff requesting to license "an outtake portrait" of her from the October 2023 Photoshoot for use in a different editorial publication.

19. The Varet Defendants ultimately chose two (2) "outtake portrait" images for licensing, which were then retouched/finalized by Plaintiff and delivered to the Varet Defendants together with an invoice on March 2, 2024, which was paid shortly thereafter.

20. Plaintiff's invoice included explicit usage terms limiting the scope of the license to "non-commercial" uses and stating that "[u]se of the images in relation to paid boosts, paid sponsored posts and any other form of advertising in digital, or print format . . . will require a separate license fee."

21. In or about April 2026, Plaintiff became aware that twenty-one (21) of the photographs taken at the October 2023 Photoshoot (collectively, the "Subject Photographs") had been published and displayed on the Witness Locations website for purposes of marketing the Varet Defendants' property in Hancock Park, which Witness Locations titled the "Gallery House."

22. Attached hereto as EXHIBIT 1 are true and correct screen captures of the Subject Photographs displayed on the Witness Locations website as of September 23, 2026.

23. Upon information and belief, copies of the Subject Photographs were provided to Witness Locations by the Varet Defendants for purposes of marketing and leasing the property for photo shoots.

24. The two "outtake portrait" photographs previously licensed by the Varet Defendants were not among the Subject Photographs published on the Witness Locations website.

25. The Subject Photographs remained displayed on the Witness Locations

website as of September 28, 2026, despite Plaintiff's counsel having notified the Varet Defendants of this issue nearly two (2) months earlier, on August 3, 2026.

26. Plaintiff's counsel contacted Witness Locations on September 28, 2026, to notify it of the unauthorized use of the Subject Photographs.

27. Despite confirming receipt of Plaintiff's notice the same day, Witness Locations did not fully remove the Subject Photographs from its website until October 14, 2026.

28. Upon information and belief, the Subject Photographs were also used by Witness Locations on its social media accounts, both in organic posts as well as featured in paid/sponsored advertisements to market the property.

29. Several of the Subject Photographs remain displayed on Witness Locations' Instagram account/page as of November 2, 2026.

30. In response to Plaintiff's notice, Witness Locations' owner stated that the Subject Photographs had been provided by the homeowners, *i.e.*, the Varet Defendants, for purposes of marketing and leasing the property for photoshoots.

31. Upon information and belief, the Varet Defendants also provided several of the Subject Photographs to a real estate agent for purposes of marketing and selling the property outright, although it has since been taken off the market.

**<u>COUNT I</u>**

**COPYRIGHT INFRINGEMENT, 17 U.S.C. § 501**

**AGAINST ALL DEFENDANTS**

32. Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

33. Plaintiff is the creator and sole author of the Subject Photographs.

34. Plaintiff retained all rights, title, and interest in the copyrights for the Subject Photographs pursuant to her initial agreement with W Media LLC.

35. Plaintiff registered her copyrights in/to the Subject Photographs with the U.S. Copyright Office under Registration No. VA 2-425-973 (effective March 26,

2024).

36. As alleged herein, Defendants copied, displayed, published, distributed, and commercially exploited the Subject Photographs without authorization from Plaintiff or a valid license to do so, and thus infringed her exclusive rights under Section 106 of the Copyright Act.

37. Upon information and belief, Defendants' infringing conduct commenced in the summer of 2025, over a year after Plaintiff had registered her copyrights in/to the Subject Photographs.

38. Upon information and belief, the Varet Defendants distributed copies of the Subject Photographs to Witness Locations in or around June 2025 for purposes of further publication on the Witness Locations website.

39. Upon information and belief, Witness Locations then uploaded and published the Subject Photographs to its website and social media in June-July 2025.

40. Plaintiff never authorized or licensed the Subject Photographs for publication or use on the Witness Locations website and social media accounts, nor for any commercial/advertising purposes.

41. The Varet Defendants' unauthorized publication and distribution of the Subject Photographs to Witness Locations was willful, intentional, and/or the result of reckless disregard of Plaintiff's copyrights, including because the Varet Defendants had previously licensed other photographs from Plaintiff for non-commercial purposes and were told explicitly that commercial use, advertising, and non-personal archival use was not authorized.

42. Upon information and belief, to the extent that either of the Varet Defendants did not personally publish, distribute, or display the Subject Photographs themselves, they nevertheless caused, materially contributed to, facilitated, and financially benefited from the publication of the Subject Photographs on the Witness Locations website and social media accounts through increased marketing/promotion of the "Gallery House" property for rental purposes.

43. Upon information and belief, the Varet Defendants had the practical right and ability to control which photographs were displayed by Witness Locations in connection with their property.

44. Witness Locations continued to use and display several of the Subject Photographs on its website and social media even after having been notified of Plaintiff's copyright claims in September 2026.

45. Defendants' unauthorized and infringing use of the Subject Photographs caused Plaintiff significant injury and damages in an amount to be determined at trial.

**WHEREFORE,** Plaintiff respectfully prays for judgment on her behalf and for the following relief:

1. A permanent injunction against Defendants precluding them from publicly displaying, distributing, advertising, promoting, and/or exploiting the Subject Photographs identified herein;

2. All allowable damages under the Copyright Act, including but not limited to statutory damages pursuant to § 504(c), or, in the alternative, actual damages and attributable profits pursuant to § 504(b), as elected;

3. Plaintiff's taxable costs, interest, and attorneys' fees incurred herein pursuant to 17 U.S.C. § 505 and 28 U.S.C. § 1920; and

4. For such other and further relief as the Court deems just and proper.

//

//

//

//

//

//

//

//

//

**JURY TRIAL DEMANDED**

Plaintiff demands trial by jury on all issues so triable.

Dated: November 3, 2026

Respectfully submitted,

/s/ Fritz Clapp

FRITZ CLAPP (Bar No. 99197)
Attorney at Law
P.O. Box 2517
Beverly Hills, CA 90213
Telephone: 888-292-5784
Facsimile: 888-325-4159
fritz@fritzclapp.com

-and-

NATHANIEL KLEINMAN (*pro hac vice pending*)
Kleinman Law LLC
76 South Orange Ave., Ste. 105
South Orange, NJ 07079
nate@kleinman-law.com

# EXHIBIT 1

witnesslocations.com/locations/artistic-photoshoot-settings-gallery-house/

[redacted]



witnesslocations.com/locations/artistic-photoshoot-settings-gallery-house/



# EXHIBIT 1


witnesslocations
Ad
Follow
Gallery House
HANCOCK PARK, LOS ANGELES
Design-forward production locations curated to bring ideas to life. Each property is handpicked for its unique character, rare
See details
528 4 220
witnesslocations Your campaign deserves... more
witnesslocations
Ad
Follow
Gallery House
HANCOCK PARK, LOS ANGELES
Design-forward production locations curated to bring ideas to life. Each property is handpicked for its unique character, rare
See details
529 4 220
witnesslocations Your campaign deserves... more
witnesslocations
Ad
Follow
Gallery House
HANCOCK PARK, LOS ANGELES
See details
529 4 220
witnesslocations Your campaign deserves... more
witnesslocations
Ad
Follow
Gallery House
HANCOCK PARK, LOS ANGELES
See details
529 4 220
witnesslocations Your campaign deserves... more
witnesslocations
Ad
Follow
Gallery House
HANCOCK PARK, LOS ANGELES
See details
541 4 224
witnesslocations
Gallery House
HANCOCK PARK, LOS ANGELES
More details here
Design-forward production locations curated to bring ideas to life. Each property is handpicked for its unique character, rare features, and immersive design.
Followed by martinbrulestudio and 5,230 others
Ad